STATE OF MINNESOTA

IN SUPREME COURT

A14-1106

In re Petition for Disciplinary Action against
Mark David Holt, a Minnesota Attorney,
Registration No. 277083.

ORDER

On July 21, 2014, the Director of the Office of Lawyers Professional Responsibility filed an amended petition for disciplinary action alleging that respondent Mark David Holt committed professional misconduct warranting public discipline, namely, pleading guilty in federal district court to wire fraud and failing to cooperate with the Director, in violation of Minn. R. Prof. Conduct 8.1(b), and 8.4(b), (c) and (d), and Rule 25, Rules on Lawyers Professional Responsibility (RLPR). Respondent waives his procedural rights under Rule 14, RLPR, and admits the allegations in the amended petition. The parties jointly recommend that the appropriate discipline is disbarment.

The court has independently reviewed the file and approves the recommended disposition.

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT:

1. Respondent Mark David Holt is disbarred from the practice of law in the State of Minnesota, effective as of the date of the filing of this order.

1

2. Respondent shall comply with Rule 26, RLPR (requiring notice of disbarment to clients, opposing counsel, and tribunals).

3. Respondent shall pay $900 in costs pursuant to Rule 24, RLPR.

Dated: August 18, 2014

BY THE COURT:

Alan C. Page
Associate Justice

2